IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANU BHATTARAI, | ) Case No.: 2:24-cv-1330 |
| Plaintiff, | ) |
| v. | ) |
| SANDEEP K. SHAHI, | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. This Court will retain jurisdiction for purposes of any further, related proceedings involving the parties. Each party will bear its own costs.

Respectfully submitted,

/s/ Kenneth J. Nolan
Kenneth J. Nolan, Esquire
Phil DiLucente & Associates, LLC
301 Grant Street, Suite 1801
Pittsburgh, Pennsylvania 15219
*Counsel for Plaintiff*

AND NOW, this 25TH day of March, 2025
IT IS SO ORDERED.
_____
UNITED STATES DISTRICT JUDGE

/s/ Katherine P. Berquist, Esquire
Katherine P. Berquist, Esquire
DiBella Weinheimer
429 Fourth Avenue
Suite 200
Pittsburgh, Pennsylvania 15219
*Counsel for the Defendant*

Dated: March 25, 2025